UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Travis J. Richards, Esq.  (TR-2556)**
**Weishoff & Richards, LLC**
**141 High Street**
**Mount Holly, New Jersey 08060**
**(609) 267-1301**

**Order Filed on January 29, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Joanne Ibrahim and Nader Ibrahim

Case No.:        17-33694-ABA

Chapter:         13

Hearing Date:  January 23, 2018

Judge:            Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED:**

**DATED: January 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:  Joanne Ibrahim and
Nader Ibrahim
Case No.:    1 7 - 3 3 6 9 4 - A B A

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the application of Weishoff and Richards, LLC, attorney for movant Ramblewood Village, under Bankruptcy Code Section 362(a) for relief from the automatic stay, and for good show cause shown, it is:

ORDERED that Creditor's Motion for Relief from the Automatic Stay is hereby conditionally denied without prejudice subject to the conditions set forth herein; and it is

FURTHER ORDERED that the Debtor shall make their regular rental payments, outside the Chapter 13 Plan, beginning in February 1, 2018; and it is

FURTHER ORDERED that the debtor shall be and is/are hereby required to pay to Creditor, through the Chapter 13 Plan, the amount of **$432.75** to offset the costs of bringing the within Motion; and it is

FURTHER ORDERED that should the debtor fail to make any of the payments required by the confirmed plan, the Code, or this Order within 15 days of their due dates, or should the debtor fail to cure any other default of the lease as provided in the lease documents including any further payments outside the plan within 15 days of such default, Creditor shall, upon the filing of its attorneys' Certification of such failure or default and proposed form of Order, with copy to the debtor, the debtor's attorney, and to the Standing Trustee, obtain an Order pursuant to the Local Rule granting Creditor relief from the Automatic Stay in its entirety, including, but not limited to, the right to proceed with and complete eviction proceedings against any and all property to which it has legal recourse, without naming the Trustee as a defendant in the Eviction action.

Consent to Form and Entry                    Consent to Form and Entry

**WEISHOFF & RICHARDS, LLC**            **LAW OFFICES OF ANDREW B. FINBERG, LLC**
Attorney for Creditor                        Attorney for Debtor

By: /s/ Travis J. Richards, Esq._____        By: /s/ Joni L. Gray, Esq._____

Dated:  January 26, 2018