| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Travis J. Richards, Esq.  (TR-2556)**<br>**Weishoff & Richards, LLC**<br>**141 High Street**<br>**Mount Holly, New Jersey 08060**<br>**(609) 267-1301** | **Order Filed on January 29, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Joanne Ibrahim and Nader Ibrahim | Case No.:     17-33694-ABA<br><br>Chapter:      13<br><br>Hearing Date:  January 23, 2018<br><br>Judge:        Andrew B. Altenburg, Jr. |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR
### RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**:

**DATED: January 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Joanne Ibrahim and
Nader Ibrahim
Case No.: 1 7 - 3 3 6 9 4 - A B A

**CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the application of Weishoff and Richards, LLC, attorney for movant Ramblewood Village, under Bankruptcy Code Section 362(a) for relief from the automatic stay, and for good show cause shown, it is:

ORDERED that Creditor's Motion for Relief from the Automatic Stay is hereby conditionally denied without prejudice subject to the conditions set forth herein; and it is

    FURTHER ORDERED that the Debtor shall make their regular rental payments, outside the Chapter 13 Plan, beginning in February 1, 2018; and it is

FURTHER ORDERED that the debtor shall be and is/are hereby required to pay to Creditor, through the Chapter 13 Plan, the amount of **$432.75** to offset the costs of bringing the within Motion; and it is

FURTHER ORDERED that should the debtor fail to make any of the payments required by the confirmed plan, the Code, or this Order within 15 days of their due dates, or should the debtor fail to cure any other default of the lease as provided in the lease documents including any further payments outside the plan within 15 days of such default, Creditor shall, upon the filing of its attorneys' Certification of such failure or default and proposed form of Order, with copy to the debtor, the debtor's attorney, and to the Standing Trustee, obtain an Order pursuant to the Local Rule granting Creditor relief from the Automatic Stay in its entirety, including, but not limited to, the right to proceed with and complete eviction proceedings against any and all property to which it has legal recourse, without naming the Trustee as a defendant in the Eviction action.

| | |
|---|---|
| Consent to Form and Entry | Consent to Form and Entry |
| **WEISHOFF & RICHARDS, LLC** | **LAW OFFICES OF ANDREW B. FINBERG, LLC** |
| Attorney for Creditor | Attorney for Debtor |
| By: /s/ Travis J. Richards, Esq._____ | By: /s/ Joni L. Gray, Esq._____ |

Dated: January 26, 2018

United States Bankruptcy Court
District of New Jersey

In re:  
Joanne Ibrahim  
Nader N Ibrahim  
    Debtors

Case No. 17-33694-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 29, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.  
db/jdb     +Joanne Ibrahim,    Nader N Ibrahim,    11 Pine Cove,    Mount Laurel, NJ 08054-2824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Joni L. Gray    on behalf of Joint Debtor Nader N Ibrahim joni@sjbankruptcylaw.com, jgrayecf@gmail.com;grayjr39848@notify.bestcase.com  
       Joni L. Gray    on behalf of Debtor Joanne Ibrahim joni@sjbankruptcylaw.com, jgrayecf@gmail.com;grayjr39848@notify.bestcase.com  
       Rebecca Ann Solarz    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       Travis J. Richards    on behalf of Creditor Ramblewood Village richardslegal@yahoo.com, G19226@notify.cincompass.com,travis.richards@yahoo.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                 TOTAL: 6