Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−33694−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joanne Ibrahim                                    Nader N Ibrahim
   aka Joanne Emanuel                       11 Pine Cove
   11 Pine Cove                                  Mount Laurel, NJ 08054
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−6849                                     xxx−xx−9837

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

      Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: February 5, 2018
JAN: admi

                                                                                                                  Jeanne Naughton
                                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joanne Ibrahim
Nader N Ibrahim
    Debtors

Case No. 17-33694-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2018
                   Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db/jdb     +Joanne Ibrahim,    Nader N Ibrahim,    11 Pine Cove,    Mount Laurel, NJ 08054-2824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:23    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:20    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                                                                                                                  TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Joni L. Gray    on behalf of Joint Debtor Nader N Ibrahim joni@sjbankruptcylaw.com,    jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
         Joni L. Gray    on behalf of Debtor Joanne  Ibrahim joni@sjbankruptcylaw.com,    jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation    rsolarz@kmllawgroup.com
         Travis J. Richards    on behalf of Creditor   Ramblewood Village richardslegal@yahoo.com,    G19226@notify.cincompass.com,travis.richards@yahoo.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                   TOTAL: 6