UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation



**Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-33694 ABA

Adv. No.:

Hearing Date: 1/24/18 @ 10:00 a.m.

Judge: Andrew B, Altenburg Jr

In Re:
        Ibrahim, Joanne, aka Joanne Emanuel, Ibrahim, Nader N

Debtor.

# ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 26, 2018**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Ibrahim, Joanne, aka Joanne Emanuel, Ibrahim, Nader N
Case No:  17-33694 ABA
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a lien on a 2010 TOYOTA PRIUS , VIN:JTDKN3DU1A0104099, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtor's chapter 13 plan, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joni L. Gray, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that upon confirmation of debtor's plan, the automatic stay is vacated as to the subject collateral; and

It is further **ORDERED, ADJUDGED and DECREED** that upon confirmation of debtor's plan, Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject note and pursue its state court remedies, including sale of the subject vehicle; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.