UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-33694 ABA

In Re:
    Ibrahim, Joanne, aka Joanne Emanuel, Ibrahim, Nader N

Debtor.

Adv. No.:

Hearing Date: 1/24/18 @ 10:00 a.m.

Judge: Andrew B. Altenburg Jr

# ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Ibrahim, Joanne, aka Joanne Emanuel, Ibrahim, Nader N
Case No:  17-33694 ABA
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a lien on a 2010 TOYOTA PRIUS , VIN:JTDKN3DU1A0104099, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtor's chapter 13 plan, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joni L. Gray, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that upon confirmation of debtor's plan, the automatic stay is vacated as to the subject collateral; and

It is further **ORDERED, ADJUDGED and DECREED** that upon confirmation of debtor's plan, Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject note and pursue its state court remedies, including sale of the subject vehicle; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Joanne Ibrahim  
Nader N Ibrahim  
    Debtors

Case No. 17-33694-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 26, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db/jdb       +Joanne Ibrahim,    Nader N Ibrahim,    11 Pine Cove,    Mount Laurel, NJ 08054-2824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Joni L. Gray    on behalf of Joint Debtor Nader N Ibrahim joni@sjbankruptcylaw.com,  
          jgrayecf@gmail.com;grayjr39848@notify.bestcase.com  
         Joni L. Gray    on behalf of Debtor Joanne   Ibrahim joni@sjbankruptcylaw.com,  
          jgrayecf@gmail.com;grayjr39848@notify.bestcase.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         Travis J. Richards    on behalf of Creditor    Ramblewood Village richardslegal@yahoo.com,  
          G19226@notify.cincompass.com,travis.richards@yahoo.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                      TOTAL: 6