Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 17−33694−ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joanne Ibrahim | Nader N Ibrahim |
| aka Joanne Emanuel | 11 Pine Cove |
| 11 Pine Cove | Mount Laurel, NJ 08054 |
| Mount Laurel, NJ 08054 | |

Social Security No.:
   xxx−xx−6849                                 xxx−xx−9837

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on March 1, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: March 1, 2019
JAN: bc

                                                                                                                    Jeanne Naughton
                                                                                                                    Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 17-33694-ABA
Joanne Ibrahim                                                          Chapter 13
Nader N Ibrahim
         Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Mar 01, 2019
                               Form ID: 148                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db/jdb         +Joanne Ibrahim,    Nader N Ibrahim,    11 Pine Cove,    Mount Laurel, NJ 08054-2824
517487683      +Country Club Parent, LLC d/b/a Ramblewood Village,     601A Country Club Parkway,
                 Mount Laurel, NJ 08054-2710
517487684      +Country Club Parent, LLC d/b/a Ramblewood Village,     601A Country Club Parkway,
                 Mount Laurel, NJ 08054,    Country Club Parent, LLC d/b/a Ramblewoo,
                 601A Country Club Parkway,    Mount Laurel, NJ 08054-2710
517378038       Emergency Physician Associate of South Jersey, PC,     PO Box 1123,    Minneapolis MN 55440-1123
517192935      +Fairfield Ramblewood d/b/a,    Ramblewood Village Apartments,     601a Country Club Parkway,
                 Mount Laurel, NJ 08054-2710
517192936      +Fairfield Ramblewood dba,    Ramblewood Village Apartments,     601a Country Club Parkway,
                 Mount Laurel, NJ 08054-2710
517192937       First Choice Bank/FCB LLC,    4422 ROute 27 Building C,     PO BOX 472,    Kingston, NJ 08528-0472
517192940       PSE&G,    PO Box 14444,   New Brunswick, NJ 08906-4444
517232654      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517192942       Transworld Systems Inc.,    P.O. Box 13574,   Philadelphia, PA 19101
517192943      +Weishoff and Richards, LLC,    141 High Street,    Mount Holly, NJ 08060-1448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 23:40:29      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 23:40:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517394771       EDI: RESURGENT.COM Mar 02 2019 04:28:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517192932       EDI: CAPONEAUTO.COM Mar 02 2019 04:28:00      Capital One Auto Finance,    PO BOX 60511,
                 City of Industry, CA 91716-0511
517198901      +EDI: AISACG.COM Mar 02 2019 04:28:00     Capital One Auto Finance, a division of Capital,
                 One c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
517813694      +EDI: AISACG.COM Mar 02 2019 04:28:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517198944      +EDI: AISACG.COM Mar 02 2019 04:28:00     Capital One Auto Finance, c/o AIS Portfolio Servic,
                 P.O. Box 4360,    Houston, TX 77210-4360
517192933      +EDI: WFNNB.COM Mar 02 2019 04:28:00     Comenity Bank/Boscovs,    PO Box 182120,
                 Columbus, OH 43218-2120
517344837       EDI: CRFRSTNA.COM Mar 02 2019 04:28:00      Credit First NA,    PO Box 818011,
                 Cleveland, OH 44181-8011
517192934      +EDI: NAVIENTFKASMDOE.COM Mar 02 2019 04:28:00      Department of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517192938       EDI: IIC9.COM Mar 02 2019 04:28:00     IC Systems Collections,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
517391601       EDI: RESURGENT.COM Mar 02 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CVF Consumer Acquisition,    Company,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517224409      +EDI: MID8.COM Mar 02 2019 04:28:00     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517192939      +EDI: MID8.COM Mar 02 2019 04:28:00     Midland Funding LLC,    2365 Northside Drive Suite 300,
                 San Diego, CA 92108-2709
517308146       EDI: NAVIENTFKASMSERV.COM Mar 02 2019 04:28:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517319293       EDI: PRA.COM Mar 02 2019 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,   Norfolk VA 23541
517317376       EDI: PRA.COM Mar 02 2019 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o TOYS R US CREDIT CARD,    POB 41067,   Norfolk VA 23541
517281118       EDI: PRA.COM Mar 02 2019 04:28:00     Portfolio Recovery Associates, LLC,    c/o Toysrus,
                 POB 41067,   Norfolk VA 23541
517386707       EDI: Q3G.COM Mar 02 2019 04:28:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517193266      +EDI: RMSC.COM Mar 02 2019 04:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517192941       EDI: TFSR.COM Mar 02 2019 04:28:00     Toyota Motor Credit Corp,    4 Gatehall Drive, Suite 350,
                 Parsippany, NJ 07054
517535441       EDI: BL-TOYOTA.COM Mar 02 2019 04:28:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517315957      +EDI: AIS.COM Mar 02 2019 04:28:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 23
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: 148             Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517214078         Ramblewood Village
517308413*        Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                   Wilkes-Barre, PA 18773-9635
                                                                                         TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Joni L. Gray    on behalf of Joint Debtor Nader N Ibrahim joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
              Joni L. Gray    on behalf of Debtor Joanne  Ibrahim joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Creditor    Ramblewood Village richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```