Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–33694–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joanne Ibrahim　　　　　　　　　　　　　Nader N Ibrahim
aka Joanne Emanuel　　　　　　　　　　　11 Pine Cove
11 Pine Cove　　　　　　　　　　　　　　Mount Laurel, NJ 08054
Mount Laurel, NJ 08054

Social Security No.:
 xxx–xx–6849　　　　　　　　　　　　　　xxx–xx–9837

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 7, 2019　　　　　　　　　Andrew B. Altenburg Jr.
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court